UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-01078-JLS (DFMx) | Date | September 18, 2020 |
|---|---|---|---|
| Title | Kenneth Davidson v. Issam Z Ghreiwati et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                               None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on June 16, 2020. On September 15, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before September 16, 2020 why this action should not be dismissed for lack of prosecution [10]. Plaintiff has failed to adequately respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to adequately comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                                               ___ : ___
                                                                    Initials of Deputy Clerk   mku